**Order filed March 27, 2012 Withdrawn, and Order filed April 19, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00169-CV

_____

**LAMBERT ADUMEKWE, Appellant**

**V.**

**NEW HAMPSHIRE INSURANCE COMPANY, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-81456**

---

## ORDER

According to information provided to this court, the trial court's judgment was signed January 11, 2012. Our information reflects that appellant filed a timely motion for new trial and notice of appeal. Appellant also filed an affidavit of indigence. *See* Tex. R. App. P. 20.1. This court originally was not been notified that any contest to the affidavit had been filed or that the trial court had timely sustained any contest. Accordingly, on March 27, 2012, the court ordered the record filed without the advance payment of costs. *See* Tex. R. App. P. 20.1 (deeming appellant indigent when no contest or written order on the contest are timely filed).

The Harris County District Clerk filed a response to this court's order. Attached to the response were copies of the District Clerk's timely contest to appellant's affidavit and

the trial court's timely order sustaining the contest. Therefore, this court's order issued March 27, 2012, requiring that the record be filed without the advance payment of costs is ordered **WITHDRAWN.**

The record in this appeal is due May 10, 2012. Appellant has not paid for preparation of the record in this appeal. Accordingly, we issue the following order:

Unless appellant pays for preparation of the clerk's record in this appeal, and provides this court with proof of payment for the record, on or before **May 10, 2012,** the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).


PER CURIAM